IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH LAMOND HAWKINS,
#5797-08                                                                    PLAINTIFF

v.                                    4:08CV04201HLJ

DOC HOLLADAY, et al.                                                       DEFENDANTS

<u>ORDER</u>

By Order dated January 7, 2009, this Court directed the issuance of summons and service

of plaintiff's complaint on defendants (DE #8).   Summons was returned, unexecuted, with respect

to defendant Johnson on March 5, 2009 (DE #19).   Therefore, defendants are hereby directed to

file with the Court the last-known address of defendant Johnson within ten days of the date of this

Order.

IT IS SO ORDERED this 13th day of July,  2009.

_____
*Henry L. Jones, Jr.*
United States Magistrate Judge

1